```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 10-cr-149-PB

**Nicholas Obando**


**O R D E R**

The defendant has moved to continue the trial scheduled for December 1, 2010 for a period of 90 days, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial from December 1, 2010 to February 1, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 22, 2010 final pretrial conference is continued to January 24, 2011 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 22, 2010

cc: Liam D. Scully, Esq.
Terry Ollila, AUSA
United States Probation
United States Marshal