UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    **v.**                                            Case No. 10-cr-149-PB

<u>Nicholas Obando</u>

### ORDER

The defendant has moved through counsel to continue the trial scheduled for February 1, 2011 to allow additional time to complete discovery and finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the reasons set forth in defendant's motion and to allow time for the parties to properly prepare for trial, the court will continue the trial from February 1, 2011 to April 5, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons,

the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 24, 2011 final pretrial conference is continued to March 21, 2011 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 24, 2011

cc:  Liam Scully, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal